Appeals Dismissed and Opinion Filed September 28, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

No. 05-12-00974-CR      No. 05-12-00977-CR
No. 05-12-00975-CR      No. 05-12-00978-CR
No. 05-12-00976-CR      No. 05-12-00979-CR

**LOWRIE HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-60551-U, F11-71966-U, F11-72383-U,**
**F11-72388-U, F11-27674-U, F11-27675-U**

---

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant has filed a motion to dismiss the appeals. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the appeals be **DISMISSED** and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47